UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MARVIN BLUNT-BEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>) | Civil Action No. 08-1029 (RMU) |

### MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF PRO SE'S COMPLAINT

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including August 25, 2008, in which to answer, move or otherwise respond to plaintiff *pro se*'s complaint. Defendant's response otherwise would be due on July 25, 2008.

In this action, filed pursuant to the Freedom of Information Act, plaintiff *pro se* claims that he requested records from the Executive Office of the United States Attorneys requesting certain documents concerning his criminal case. See Complaint at p. 1. In June of 2007, Plaintiff *pro se* was informed that there were no documents responsive to his request. Id. at p. 2. Nevertheless, plaintiff *pro se* has filed suit claiming that the agency "failed to make a diligent effort to provide him with the requested information." Id.

Defendant seeks this enlargement because the defendant agency will need sufficient time to locate and review documents pertinent to the matter. In addition, agency counsel must prepare a declaration to support defendant's response to plaintiff *pro se's* complaint, which is expected to

be in the form of a dispositive motion. Unfortunately, this process cannot be completed by July 25, 2008.

For these reasons, and to ensure that the government has sufficient time to prepare its response, defendant respectfully requests that the enlargement sought be granted. Defendant has not conferred with plaintiff *pro se* regarding this matter because plaintiff *pro se* is incarcerated.[1] An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street,  N.W. - Civil Division
Washington, D.C.  20530
(202) 514-6531
Counsel for Defendants

---

[1] Local Civil Rule 7(m) does not apply to this motion because Plaintiff is incarcerated and is proceeding *pro se.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 16th day of July, 2008, I caused the foregoing to be served first class mail, postage prepaid, to plaintiff *pro se*, addressed as follows:

Marvin Blunt-Bey
#08757-000
P.O. Box 1000
Lewisburg, PA 17837

              /s/
              MARIAN L. BORUM
              Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARVIN BLUNT-BEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1029 (RMU) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including August 25, 2008 in which to answer, move or otherwise respond to plaintiff *pro se*'s complaint.

Date _____       _____
                               UNITED STATES DISTRICT JUDGE