UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **MARVIN BLUNT-BEY,** | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | Civil Action No. 08-1029 (RMU) |
|  | ) | |
| **U.S. DEPARTMENT OF JUSTICE,** | ) | |
| Defendant. | ) | |
|  | ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE MOTION FOR
ENLARGEMENT OF TIME**

Defendant, United States Department of Justice, herein moves for leave to file a Motion for Enlargement of Time in the above-captioned case.

Defendant is respectfully aware of the Court's requirement that motions for extensions of time be filed at least four business days prior to the deadline the motion is seeking to extend. However, regretfully, undersigned counsel did not learn that this request would be necessary until today. A proposed Order consistent with the relief requested in this motion is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2008, I caused the foregoing to be served first class mail, postage prepaid, to Plaintiff *pro se*, addressed as follows:

Marvin Blunt-Bey
#08757-000
Lewisburg
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

/s/
MARIAN L. BORUM
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARVIN BLUNT-BEY,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1029 (RMU) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| Defendant. ) | |
| _____) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Leave to File Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2008

HEREBY ORDERED that the motion is granted.


Date _____          _____
                                    UNITED STATES DISTRICT JUDGE