UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVIN BLUNT-BEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 08-1029 (RMU) |
| U.S. DEPARTMENT OF JUSTICE, | ) ) ) |
| Defendant. | ) ) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF PRO SE'S COMPLAINT**

Defendant, by undersigned counsel, pursuant to Fed. R. Civ. P. 6(b), and for good cause shown, hereby respectfully moves for an enlargement of time of thirty (30) days, up to and including September 24, 2008, in which to answer, move or otherwise respond to Plaintiff *pro se*'s complaint. On August 21, 2008, Defendant filed a Motion for Leave to File Motion for Enlargement of Time.[1] See Docket Entry No. 8. On September 3, 2008, that Motion was granted. See Minute Order dated September 3, 2008.

In this action, filed pursuant to the Freedom of Information Act, Plaintiff *pro se* claims that he requested records from the Executive Office of the United States Attorneys regarding two of his criminal cases. See Complaint at p. 1. In June of 2007, Plaintiff *pro se* was informed that there were no documents responsive to his request. Id. at 2. Nevertheless, Plaintiff *pro se* has filed suit claiming that the agency "failed to make a diligent effort to provide him with the requested information." Id.

---

[1] Defendant's response to Plaintiff's *pro se*'s Complaint was due on August 25, 2008.

In his Complaint, Plaintiff *pro se* has requested documents from files regarding cases that were handled in or about 1988 and 1990. Both the Executive Office for United States Attorneys and the United States Attorney's Office for the District of Columbia have conducted searches for the documents requested. Currently, no records have been found that are responsive to Plaintiff *pro se*'s request. However, on August 21, 2008, undersigned counsel learned that the Executive Office for United States Attorneys wished to search one additional location where older cases are archived to determine if any responsive documents could be located. Defendant seeks this enlargement in order for that additional search to take place, and to ensure that the Defendant has conducted a search which was "reasonably calculated to uncover all relevant documents." Steinberg v. U.S. Dep't of Justice, 23 F.3d 548, 551 (D.C. Cir. 1994).

This is the Defendant's second request for an enlargement of time. However, this motion will have no effect on any deadlines in the matter. Moreover, this enlargement of time is being sought for good cause and not for the purpose of delay. Defendant is respectfully aware of the Court's requirement that motions for enlargements of time be filed at least four *business* days prior to the deadline the motion is seeking to extend. However, regretfully, undersigned counsel did not learn that this additional search would be necessary until August 21, 2008, four days before the filing deadline. Therefore, on August 21, 2008, Defendant filed the Motion for Leave to File Motion for Enlargement of Time. See Docket Entry No. 8.

For these reasons, Defendant respectfully requests that the enlargement of time sought be granted. Defendant has not conferred with Plaintiff *pro se* regarding this matter because Plaintiff

*pro se* is incarcerated.[2]

An order granting the relief sought is attached hereto.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney


/s/
MARIAN L. BORUM, D.C. Bar # 435409
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C. 20530
(202) 514-6531
Counsel for Defendant

---

[2] Local Civil Rule 7(m) does not apply to this motion because Plaintiff is incarcerated and is proceeding *pro se.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of September, 2008, I caused the foregoing to be served first class mail, postage prepaid, to Plaintiff *pro se*, addressed as follows:

Marvin Blunt-Bey
#08757-000
Lewisburg
U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Lewisburg, PA 17837

                          /s/
                          MARIAN L. BORUM
                          Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARVIN BLUNT-BEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1029 (RMU) |
| ) | |
| **U.S. DEPARTMENT OF JUSTICE,** ) | |
| ) | |
| Defendant. ) | |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this _____ day of _____, 2008

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including September 24, 2008 in which to answer, move or otherwise respond to Plaintiff *pro se*'s Complaint.


Date _____        _____
                                  UNITED STATES DISTRICT JUDGE